# COMPLAINT FORM
(for filers who are prisoners without lawyers)
(revised 4/19/2022)

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF INDIANA

(Full name of plaintiff(s))

Jason Schwartz

vs

(Full name of defendant(s))
Warden D. Reagle
Lisa Hambler - H.S.A medical
Johnna - D.o.n Director of Nurses

**FILED**
11/08/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Case Number:

1:23-cv-02037-JMS-TAB

(To be supplied by clerk of court)

A. PARTIES:

1. Plaintiff is a citizen of ___Indiana___ (State), and is located at Pendleton C.F. 4490 West Reformatory Rd. Pendleton, IN. ~~46206~~ 46064
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant ___Warden - D. Reagle___
(Name)

PENDLETON CORRECTIONAL FACILITY
Pendleton, Indiana          State Form 8532

DOC No. 137123
NAME: Jason Schwartz
10-27-2023

A. Parties:

3. Defendant Lisa Hamblen H.S.A Medical is a citizen of Indiana and resides at N/A and worked for Pendleton C.F. 4490 West Reformatory Rd. Pendleton, In. ~~46206~~ 46064

4. Defendant Johnna Don Director of Nurses is a citizen of Indiana and resides at N/A and worked for Pendleton C.F. 4490 West Reformatory Rd. Pendleton, In. ~~46206~~ 46064

5. Defendant Grace RN Nurse is a citizen of Indiana and resides at N/A and worked for Pendleton C.F. 4490 West Reformatory Rd. Pendleton, In. ~~46206~~ 46064

6. Defendant Conigliao RN Nurse is a citizen of Indiana and resides at N/A and worked for Pendleton C.F. 4490 West Reformatory Rd. Pendleton, In. ~~46206~~ 46064

7. Defendant Officer M. Sommers is a citizen of Indiana and resides at N/A and worked for Pendleton C.F. 4490 West Reformatory Rd. Pendleton, In. ~~46206~~ 46064

8. Defendant Officer Hauk is a citizen of Indiana and resides at N/A and worked for Pendleton C.F. 4490 West Reformatory Rd. Pendleton, In. ~~46206~~ 46064

9. Defendant Sgt. Adefila is a citizen of Indiana and resides at N/A and worked for Pendleton C.F. 4490 West Reformatory Rd. Pendleton, In. ~~46206~~ 46064

is (if a person or private corporation) a citizen of ___Indiana___
(State, if known)

and (if a person) resides at ___NA___
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)
worked for ___Pendleton C.F___
___4490 West Reformatory Rd. Pendleton, In. 46064___
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

I'm in the Segregation Unit, G-House. I'm an offender that is on Siezure Medications. I get Tegretol twice a day, and have been since my incarseration. It is well documented in my Medical file that when I do have Siezures, they are pretty much life threatning.

In G-House Range 4 cell 6 on 7-31-23 at or between 3:35 A.M & 3:50 A.M, I had a bad siezure. Between 3:52 A.M & 4:01 A.M I had a second siezure, where I fell & hit my head on the edge of my cell door & floor. I ended up hurting my head, neck & left arm pretty

①

D-6 (revised 4/20/2022)                    Complaint - 2

bed. It took me awhile to get up from the floor. When I did, I had to hold on to my cell door & I stood there yelling for officers to come help me. None came to check on me.

Around 4:42 A.M Sgt. Adefila walked the Range. I stopped him & told him I just had 2 siezures and that I really needed help. He could tell I was not standing straight & mumbling my words. I asked him to call Medical for me and he told me that he had to pass out breakfast & that it was more important than my siezures. I begged him to call Medical incase I have more & he got mad & told me to fuck off & left. Sgt. Adefila knows I take siezure meds because he has to escort all the Nurses in this cellhouse to pass out meds. All of this, including me having my siezure & hitting my head is caught on camera, being that I have a camera directly 3 feet above my cell door. And the front of my cell is open with bars.

This same day 7-31-23 between 4:20 P.M & 4:48 P.M I ended up having another bad siezure.

(2)

PENDLETON CORRECTIONAL FACILITY
Pendleton, Indiana          State Form 8532

DOC No. 137123
NAME: Jason Schwartz
10-27-2023

B. Statement of Claim

When Officer M. Sommers finally walked around, she came to my cell door at 4:48 P.M. & I told her I just had a siezure & had 2 the night before & that I hurt my head, neck & arm. I asked officer M. Sommers to please call medical & get me help, because I've almost died from siezures. She knows I get siezure meds everyday, because she has to escort all the nurses to pass out meds in this cellhouse.
When I asked her for help, she said she's got more important things to do & she walked off. I never got help & ended up having another siezure about an hour later & never got help. I yelled for officers, but nobody would walk the range & do their checks.

The very next day on 8-1-23 at 5:20 P.M. I had a really bad siezure. I yelled for officers to come help me, but none would come on the ranges.
Between 6:25 P.M. & 6:35 P.M. when Officer Houk walked the range, I told her I had a siezure & needed medical attention. That this could be life threatning.

Officer Houk told me that we complain about too much ~~too much~~ here in segregation & that I needed to suck it up & stop whining. Then she left. As she walked away, I asked her to atleast please get me a medical form & she told me to leave her the fuck alone. I never got help.

I eventually ended up getting Health Forms to turn in to Medical, but they never responded.

(5)

PENDLETON CORRECTIONAL FACILITY
Pendleton, Indiana          State Form 8532

DOC No. 137103
NAME: Jason Schwartz
10-27-2023

## B. Statement of Claim

On 8-9-23, between 10:15 A.M & 10:40 A.M during morning medication pass, Nurse Conigliao came to my cell to pass me my medications. When she dumped all my meds into my hand, I informed her that she didn't have my siezure meds. I told her in the past week I've been having siezures. All were documented with medical.
I asked her if she could please get my siezure meds for me.

Then Nurse Conigliao told me I needed to stop acting like a pussy about siezures & to stop complaining. And that she's not going back to Medical to get my siezure meds. To stop fucking asking her every time my medications are not in there.

later on that same night, I ended up having 2 more siezures. The next day on 8-10-23 Nurse Lindsey came to G-House & pulled me out to see me over all the Health Forms that I put in.

I told Nurse Lindsey about all the siezures I've had & that I seriously hurt my head, neck, and my arm. And that I've told everyone & sent in several Health Forms & nothings being done. All Nurse Lindsey kept doing was shaking her head at me & saying ya, ya, ok, ya. She wasn't writing anything down. which the court will see from the Health Form I have from this day, 8-10-23 that nothing was done. I asked for X-rays, pain meds, a neck brace, anything. And nothing

(4)

PENDLETON CORRECTIONAL FACILITY
Pendleton, Indiana          State Form 8532

DOC No. 137123
NAME: Jason Schiscrtz
10-27-2023

## B. Statement of Claim

was done. Which you'll see in Health Forms + Request Forms that I have.

On this same day, 8-10-23 during A.M. med pass, Nurse Grace came to my cell to give me my medications. I informed her that she did not have my siezure medications. I let her know I really needed my siezure meds due to all the siezures I've been having.

Nurse Grace then started going off on me, saying why the fuck was I writing her friend Nurse Coniglico up on a Grievance. I told her that had nothing to do with my siezure meds. Then Nurse Grace started to tell me how I'm a bitch + how her + Nurse Coniglico have friends that work here at Pendleton that are officers + how their both going to get me fucked up.

I asked Nurse Grace as nicely as I could if she can get my siezure meds. She told me to drop fuckin dead. That she doesn't care about my meds, she'll make sure I don't get them. I told her that I was going to write her on a Grievance. then she told me she was going to have me killed. She was at my door for 5 to 10 minutes during this altercation. This was between 10:30 A.M + 12:30 P.M + is on the camera 3 feet above my cell door.

The very next day on 8-11-23 during A.M med pass, Nurse Grace came to my cell to give me my medications. When she handed me my meds, she

⑤

PENDLETON CORRECTIONAL FACILITY
Pendleton, Indiana          State Form 8532

DOC No. 137123
NAME: Jason Schwartz
10-27-2023

## B. Statement of Claim

started laughing. I informed her that my siezure medications were missing again, as the day before. Nurse Grace then said, bitch, I told you I'll make sure you never get your siezure meds from me again. As she stated to me the day before. All because I wrote a Grievance on her friend Nurse Conigliao for the same reasons.

I told Nurse Grace that I wrote a Grievance on her from the day before on 8-10-23 & she then told me that I fucked up & she was going to have me killed by officers that she's friends with. And she told me that if I had a siezure infront of her, that she would just stand there & watch me suffer.

As I've mentioned, I have a camera only 3 feet above my cell door. So every incident I wrote about is on camera.

I've written a Grievance over every incident. I've went through every step of the Grievance Process by IDOC Policy 50-02-301.
I even have Request forms where I had my Dorm Counselor Sign showing that I handed him each & every single Grievance, & Appeal to turn in for me.
Because I'm in a segregation unit where I never come out of my cell. So everything I send out, I have

(6)

## B. Statement of Claim

to give to the Counselor + they turn everything in. I also have Request forms, several, that I wrote to the Warden + Deputy Warden about nobody responding to any Grievances + the Warden Designee T. Greathouse, responded to both saying even if nobody responds back, to just keep going through the Process anyways. Which I did.

I also have Request forms where the administrative Assistant wrote me back saying the backlog is being addressed. But still I've heard nothing back. Her name is C. Wrangny.

I have "many" Health forms where I wrote to medical about every incident of my siezures. Letting medical know I seriously hurt my head, neck + arm. Begging Medical for help. I've asked or everyone for X-rays, pain meds, something. for months, medical refused to help me.

I have copies of medical Documents where the Doctor came to me on 9-19-23 + put me on tylenols for my pain. He said I would be put in for X-rays on my Head, neck + arm. Then days later he quit + left. Since then I've put in more Health forms asking for X-rays, or any kind of help for the severe pain to my head + medical has not came to see me for any of those Health forms.

⑦

PENDLETON CORRECTIONAL FACILITY
Pendleton, Indiana        State Form 8532

DOC No. 137123
NAME Jason Schwartz
10-27-2023

## B. Statement of Claim

I've wrote over 10 letters to Lisa Hamblen & the Director of Nurses - Johnna. They both run the Nurses & Medical department here. I've asked & begged them both for help, for my Health Forms to be answered on a timely basis so I can be checked on. Neither one will ever answer any of my letters.

I've sent many Request Forms & letters to the Warden, explaining the whole situation & asking him for help on this matter, and he won't ever respond back to me.

I've got copies & responses of everything for the court, showing that everything I've said is true and verified with signatures & dates. Including all my Health Forms.

I've exhausted all of my Administrative Remedies through the Grievance Process as Required by the IDOC Policies & the Prison Litigation Reform Act. There all filed timely as dated & timely before this Claim was filed with the court.
I've made copies of everything. Not only did I go through the Process, but I've went above & beyond. I've made multiple copies & have sent them all not only to the Grievance Officer Taylor McCorkle, but to the Warden, the Deputy Warden & the Administrative Assistant. Which have all been included along with every Grievance in this suit. Along with Requests signed by my Dorm Case Manager everytime I turned one in for him to give to the Grievance Officer.

(8)

PENDLETON CORRECTIONAL FACILITY
Pendleton, Indiana     State Form 8532

DOC No. 137123
NAME: Jason Schwartz
10-27-2023

## B. Statement of Claim

Warden D. Reagle — is being sued for failure to properly train his officers & failure to properly train Prison Medical staff.
For Retaliation for the Grievances I've filed. Not only for this incident, but other incidents since I've been here at Pendleton C.F.
For letting his officers treat inmates however they want with no actions being taken to stop it.
For Cruel & Unusual Punishment, knowing what I am being put through after I personally wrote letters to him asking for his help.

And with regards to the Warden, I can show & will demonstrate a pattern of similar violations to prove my statement of facts of Warden D. Reagle knowingly letting inmates get hurt & or sick without taking proper action. Such as myself, which is well documented.

Lisa Hamblen H.S.A - Head of Medical department — is being sued for Cruel & Unusual Punishment, & Deliberate indifference. As Prison Medical provider & the head of the Medical "Nurses" here at Pendleton C.F. She refused to help me for my "Serious medical need". All the Health Forms I sent to Medical & letters asking her for help, due to my Siezure needs & she refused to have me helped for months. And still, I've recieved no help for my head & neck injury. I have copies of documented

(9)

PENDLETON CORRECTIONAL FACILITY
Pendleton, Indiana          State Form 8532

DOC No. 139123
NAME: Jason Schwartz
10-29-2023

## B. Statement of Claim

Request forms written to her & signed, dated, & answered where I wrote to her begging for help for my injuries due to siezures, & she just responded back talking about something else. Not even acknowledging my cries for help. And for Medical Malpractice for refusing me serious medical Attention.

<u>Johnna</u> Director of Nurses — for Cruel & Unusual punishment & Deliberate indefference as a Prison Medical provider & the Director of Nurses here at Pendleton C.F. for blaintly ignoring all of my Health forms for months asking for help for injuries due to siezures. And still havent been helped for serious injuries to my head & neck over this issue, which is all Documented in my medical file. And medical malpractice, for refusing me serious medical Attention.

<u>RN Nurse Grace</u> — Is being sued for Cruel & Unusual Punishment & Deliberate indefference she disregarded the fact that I was facing a substantial risk of serious harm due to my siezures. Refused to give me my siezure meds which is a serious medical need. Knowing I've been having siezures. In a manner which she knew would cause serious pain & knowing my condition could cause death. Also Retaliation.

(10)

PENDLETON CORRECTIONAL FACILITY
Pendleton, Indiana    State Form 8532

DOC No. 137183
NAME: Jason Schwartz
10-27-2023

## B. Statement of Claim

Nurse Grace threatend my life with harm + with Death by telling me she will have me fucked up + killed, because I filed a Grievance on her and on her friend which is Nurse Conigliao. And Nurse Grace purposefully didn't give me my siezure medications for filing Grievances on her + she told me to my face thats why she didn't give me my siezure medications.
And also medical Malpractice, for refusing me my medications + help for a seriouse medical need. And as a Prison Medical provider threatning my life.

<u>RN Nurse Conigliao</u> — Is being sued for Medical Malpractice, for purposefully refusing to give me my siezure medications which are for a seriouse medical need. For Cruel + Unusual Punishment, for disregarding my serious medical needs which she knowingly had me in pain + could cause serias pain even death if not givin my medications.
Then she actually told me to my face, I'm not getting your siezure meds for you, which she knew could put me in serious need of medical help. And she never did end up getting me my siezure meds. Nor did she call + ask anyone else to bring me my meds.

⑪

PENDLETON CORRECTIONAL FACILITY
Pendleton, Indiana    State Form 8532

DOC No. 137123
NAME: Jason Schwartz
10-27-2023

## B. Statement of Claim

<u>Officer M. Sommers</u> — Is being sued for Cruel & Unusual Punishment, and for Deliberate indifference to a prisoner's injuries or pain. I told Officer Sommers I had another siezure & was in pain & needed help & she bluntly refused to get me any kind of medical help, or help at all. She knew I have siezures & take siezure meds & knew of my risk for serious harm or death but not only did she ignore getting me help, she actually told me to leave her alone, that she's got more important things to do than help me. Which knowingly put me in a substantial risk of serious harm.

<u>Officer Hauk</u> — Is being sued for Cruel & Unusual Punishment, and for Deliberate indifference to a prisoner's injuries or pain. I told officer Hauk that that I had a siezure & to please get me medical help. She knows I have siezures & I'm on siezure medications. Not only did officer Hauk not get me help, she actually cussed me out. telling me to leave her the fuck alone. And suck it up. Which she knowingly placed me in a serious risk of harm & or death.

<u>Sgt. Adefila</u> — Is being sued for Cruel & Unusual Punishment, and for Deliberate indifference to a prisoner's injuries or pain. I told Sgt. Adefila that I just had 2 siezures & seriously hurt myself & I was in need of medical attention ASAP. And he

(12)

PENDLETON CORRECTIONAL FACILITY
Pendleton, Indiana    State Form 8532

DOC No. 137183
NAME: Jason Schwartz
10-27-2023

## B. Statement of Claim

Straight out refused me medical help or any kind of help. Not only did he not get me help, but he actually told me that hes got something more important to do. He, as a Sgt. knew & knowingly disregarded my injuries & pain. He placed me in a substantial risk of serious harm &/or death.

Lisa Hamblen - H.S.A - Head of Medical
Johnna - DoN - Director of Nurses
RN - Nurse Grace
RN - Nurse Conigliao
Officer M. Sommers
Officer Houk
Officer Adefila

↓

All are being sued for Retaliation. All of these officials had a clear state of mind when I asked for help. They all knew I have serious health problems & plainly disregarded help & actually said so. They all prevented & denied me from recieving treatment, knowing due to the intermediate injuries I would experience pain & or suffering.

(13)

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

$150,000 One Hundred + fifty thousand Dollars for the pain + suffering I'm being put through. And for the mental problems this is putting me through.

### E. JURY DEMAND

☒ Jury Demand – I want a jury to hear my case

OR

☐ Court Trial – I want a judge to hear my case

Dated this 27th day of October 20 23.

Respectfully Submitted,

_____
Signature of Plaintiff

__137123__
Plaintiff's Prisoner ID Number

Pendleton C.F. 4490 West Reformatory Rd. Pendleton, In. 46064
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

### F. OPTIONAL CERTIFICATION

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

_____ Signature of Plaintiff

### REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.