UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JASON SCHWARTZ, Plaintiff, | ) | |
| v. | ) | No. 1:23-cv-02037-TAB-JMS |
| JENNIFER GRACE RN Nurse, et al., Defendants. | ) | |

**ORDER ON MOTION TO RECONSIDER ORDER GRANTING LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT AND ORDER SETTING TRIAL AND FINAL PRETRIAL CONFERENCE**

Before the Court is Plaintiff Jason Schwartz's motion [Filing No. 122] asking the Court to reconsider and vacate its October 22, 2026, order granting Defendants Jennifer Grace and Shadaya Conigliaro leave to file an untimely motion for summary judgment. On October 20, 2026, Defendants Grace and Conigliaro filed a second motion for leave to file motion for summary judgment asking that this Court allow them to file a motion for summary judgment, nine months after the dispositive motion deadline. [Filing No. 114.] In that motion, Grace and Conigliaro's counsel indicated that prior defense counsel made a strategic decision not to file a summary judgment motion on behalf of these Defendants, and current counsel disagreed with that choice. [Filing No. 114, at ECF p. 2.] Thus, Defendants' new counsel sought leave to file a belated motion for summary judgment. Counsel did not indicate that this request was opposed, and the Court granted the request. [Filing No. 116.]

A few days later, on October 26, 2026, Plaintiff filed a motion for reconsideration of the Court's order. [Filing No. 122.][1] Plaintiff indicates that if he had been given the opportunity, he would have objected to Defendants' motion to file an untimely summary judgment motion. Plaintiff points out that under Fed. R. Civ. P. 6(b)(1)(B), the Court may extend a deadline after the deadline has expired only upon a moving party showing the failure to act was due to "excusable neglect." Excusable neglect is an equitable determination considering all relevant circumstances, including prejudice to the non-moving party; length of delay; the reason for delay and whether it was within the movant's reasonable control; and good faith. *Pioneer Inv. Servs. v. Brunswick Assocs. Ltd. P'ship*, 507 U.S. 380, 395 (1993). Plaintiff persuasively argues that litigation strategy does not amount to excusable neglect.

Upon reconsideration, the Court agrees Defendants have failed to provide any reason for missing the deadline that would amount to excusable neglect under Fed. R. Civ. P. 6(b)(1)(B). In evaluating the *Pioneer* factors, Plaintiff would be prejudiced due to a delay caused by the summary judgment process, as the time needed to fully brief and rule on a late summary judgment motion only further delays resolution of this case—which has been pending since 2023. In addition, the length of and reason for delay factors both weigh in favor of Plaintiff. While Defendants' new counsel just appeared in July 2026, dispositive motions were due by January 7, 2026. Defendants' prior counsel never indicated they were unable to meet that deadline. Rather, new counsel merely wishes to pursue a different litigation strategy than Defendants' prior counsel. Defendants present no new evidence or reason outside of Defendants' control for the delay. While Plaintiff does not argue that Defendants' new counsel sought to file a

[1] Plaintiff also filed a motion to amend or correct the motion for reconsideration. [Filing No. 124]. It appears the only change Plaintiff made was to correct the certificate of service. Thus, this motion to amend is granted.

belated summary judgment motion in bad faith, the remaining factors outweigh that one. This belated request based solely on a late change in litigation strategy by new counsel does not amount to excusable neglect.

For all these reasons, Plaintiff's motion to reconsider [Filing No. 122] and Plaintiff's motion to amend that motion [Filing No. 124] are granted. Defendants' motion for summary judgment [Filing No. 117] is stricken.

**The Court sets this matter for a final pretrial conference at 1:30 p.m. on March 16, 2027,** before United States Magistrate Judge Tim A. Baker, Room 234, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana. All persons entering the United States Courthouse must have photo identification.

**This matter is set for a jury trial at 9 a.m. on March 23, 2027,** before United States Magistrate Judge Tim A. Baker, Room 238, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana. All persons entering the United States Courthouse must have photo identification. This trial is anticipated to last three days.

Date: 11/16/2026

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

JASON SCHWARTZ
137123
WESTVILLE – CF
WESTVILLE CORRECTIONAL FACILITY
Electronic Service Participant – Court Only